■ In the Matter of JEFFREY L. LESSOFF (Admitted as JEFFREY LEWIS LESSOFF), a Suspended Attorney. [727 NYS2d 307] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Sullivan, P. J., Nardelli, Tom, Andrias and Wallach, JJ.